# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12cv328

| | | |
|---|---|---|
| CARL E. MCADOO, EXECUTOR FOR | ) | |
| THE ESTATE OF CHARLES RAFORD | ) | |
| MCADOO, SENIOR, DECEASED, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
|    Defendants. | ) | |
| _____ | ) | |

Pending before the Court are the Plaintiff's Motions to Seal [# 30 & 36].

Defendants do not oppose the sealing of the documents at issue. Upon a review of

the docket, the parties' briefs, and the relevant case law, the Court **GRANTS** the

Motions [# 30 & # 36]. The Court **DIRECTS** the Clerk to place under seal the

exhibits that Plaintiff previously filed under seal [# 29 & # 35]. These documents

shall remain under seal with access restricted to the parties in this action until the

Court directs otherwise.

Signed: February 27, 2013

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge