# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:12cv328

| | |
|---|---|
| CARL E. MCADOO, EXECUTOR FOR ) <br> THE ESTATE OF CHARLES RAFORD ) <br> MCADOO, SENIOR, DECEASED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

Pending before the Court is Plaintiff's Motion to Seal [# 42]. From a review of the docket, it appears than many, if not all, of these documents were the subject of a prior Order sealing various exhibits. (Order, Feb. 27, 2013.) Upon a review of the docket, Plaintiff's motion, and the relevant case law, the Court **GRANTS** the Motion [# 42]. The Court **DIRECTS** the Clerk to place under seal the exhibits attached to Plaintiff's Amended Complaint. These documents shall remain under seal with access restricted to the parties in this action until the Court directs otherwise.

Signed: May 28, 2013

Dennis L. Howell
United States Magistrate Judge