# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00328-MR-DLH

| | |
|---|---|
| CARL E. McADOO, Executor for the Estate of Charles Raford McAdoo, Senior, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Magistrate Judge's Order directing the Plaintiff to obtain counsel [Doc. 63].

On February 3, 2014, the Magistrate Judge entered an Order directing the Plaintiff to obtain counsel within thirty (30) days. [Doc. 63]. The Magistrate Judge specifically warned the Plaintiff that failure to obtain counsel within the time allowed may result in the dismissal of this action without prejudice. [Id. at 7]. The Plaintiff subsequently moved for reconsideration of the Magistrate Judge's Order [Doc. 64], which the Magistrate Judge denied [Doc. 65].

The Plaintiff failed to obtain counsel within the thirty-day period specified by the Magistrate Judge. Accordingly, the Court will dismiss this action without prejudice.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** Signed: March 15, 2014

Martin Reidinger
United States District Judge